IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY LINFOOT, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO: 3:09-cv-639 |
| MD HELICOPTERS, INC., et al. | ) ) Judge Kevin H. Sharp |
| Defendants. | ) ) |

**SECOND AGREED AMENDMENT TO STIPULATED PROTECTIVE ORDER**

The parties acknowledge that a related case (*Gary Linfoot, et al. v. DynCorp International, et al.*, Case No. 1:10-cv-00436) is pending in federal court for the District of Delaware and have agreed, in both cases, that matters designated pursuant to the protective order in this case shall be available as if produced and designated as "Confidential" or "Highly Confidential – For Attorneys' Eyes Only" in the related case. Pursuant to that agreement, it is hereby ORDERED that the definition of "Party" in paragraph B.1 of the Stipulated Protective Order be deleted and replaced with the following:

1. **Party.** Any party to this action or the case captioned *Linfoot, et al. v. Dyncorp International Inc., et al.*, Case No. 1:10-cv-00436, pending in the district court for the District of Delaware, including its officers, directors, employees, consultants, retained experts, and outside counsel and their support staff.

**IT IS SO ORDERED.**

Dated: _____                           _____
                                                  C. Clifton Knowles, United States Magistrate Judge