ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY LINFOOT and wife MARILYN LINFOOT, and GREGORY COOPER,<br><br>    Plaintiffs,<br><br>v.<br><br>MD HELICOPTERS, INC., MCDONNELL DOUGLAS HELICOPTER COMPANY, L-3 COMMUNICATIONS CORPORATION, and KAMATICS CORPORATION,<br><br>    Defendants. | CASE NO: 3:09-cv-639<br>JUDGE KEVIN H. SHARP |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE A REPLY
IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Plaintiffs respectfully request leave of the Court to file a reply to Defendant McDonnell Douglas Helicopter Company's ("MDHC") Response to Plaintiffs' Motion to Amend Complaint. Plaintiffs submit their reply, attached hereto as Exhibit 1, to provide this Court with full and complete facts and to correct presumably unintentional but significant inaccuracies in MDHC's Response brief. These inaccuracies include, but are not limited to, the statement that Dyncorp International LLC – the party that Plaintiffs seek to join in this action – modified the helicopter at the center of this matter, and also includes statements concerning the status of discovery in the related Delaware matter.

Respectfully submitted,

KREINDLER & KREINDLER LLP