IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY LINFOOT and Wife, MARI LYN LINFOOT, and GREGORY COOPER, § § § § § Plaintiffs, § § v. § § MD HELICOPTERS, INC., MCDONNELL § DOUGLAS HELICOPTER COMPANY, § L-3 COMMUNICATIONS CORPORATION, § KAMATICS CORPORATION, and § DYNCORP INTERNATIONAL LLC, § § Defendants. | NO. 3:09-cv-639 JUDGE KEVIN H. SHARP JURY DEMANDED |

## L-3 COMMUNICATIONS CORPORATION'S MOTION TO FILE ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER SEAL

Defendant L-3 Communications Corporation moves to file its Memorandum in Support of Motion to Dismiss ("Memorandum"), and the attachments thereto, under seal pursuant to § 5.07 of the Administrative Practices and Procedures for Electronic Case Filing. The Memorandum and attachments thereto contain sensitive information supplied by the U.S. Army that the parties agreed to treat as confidential pursuant to the Amended Protective Order entered by this Court. (Doc. No. 100). Moreover, the Army advised the parties that certain testimony and documents referenced and discussed in the Memorandum is protected by the Arms Export Control Act (22 U.S.C. § 2751 *et. seq.*) or the Export Administration Act of 1979, as amended (50 App. U.S.C. § 2401 *et. seq.*).