UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY LINFOOT, and wife MARI LYN LINFOOT, and GREGORY COOPER | ) ) ) | |
| Plaintiffs, | ) ) ) | No. 3:09-cv-639 |
| v. | ) ) | Judge Sharp |
| MCDONNELL DOUGLAS HELICOPTER COMPANY, L-3 COMMUNICATIONS CORPORATION, KAMATICS CORPORATION, and DYNCORP INTERNATIONAL LLC | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant L-3 Communications Corporation's Motion to Dismiss (Docket No. 177). Plaintiffs oppose that motion (Docket No. 182) and requests it be denied pending lifting of the discovery stay that has been imposed (Docket No. 96). In light of the apparent fulfillment of the parties' joint *Touhy* request, the order staying discovery is hereby VACATED. The parties have 120 days to complete discovery.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE