IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY LINFOOT, et al., ) | |
| ) | Case No. 3:09-0639 |
| v. ) | JUDGE SHARP |
| ) | |
| MCDONNELL DOUGLAS HELICOPTER ) | |
| COMPANY, et al., ) | |

## O R D E R

Pursuant to the Stipulation of Voluntary Dismissal of Action Against Defendant Kamatics Corporation (Docket No. 190) filed by the parties, Defendant Kamatics Corporation is hereby dismissed without prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE