IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY LINFOOT, et al., ) | |
| ) | Case No. 3:09-0639 |
| v. ) | JUDGE SHARP |
| ) | |
| MCDONNELL DOUGLAS HELICOPTER ) | |
| COMPANY, et al., ) | |

**O R D E R**

Pursuant to the Stipulation of Dismissal with Prejudice (Docket No. 198) filed by the parties, Defendant L-3 Communications Corporation is hereby dismissed with prejudice pursuant to Rules 41(a) of the Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE