IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GARY LINFOOT, and wife MARI LYN
LINFOOT, and GREGORY COOPER,

      Plaintiffs,

v.

MCDONNELL DOUGLAS HELICOPTER
COMPANY, L-3 COMMUNICATIONS
CORPORATION; and DYNCORP
INTERNATIONAL LLC,

      Defendants.

CASE NO.: 3:09-639
JUDGE KEVIN H. SHARP

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff Gregory Cooper and Defendant DynCorp International, LLC ("DynCorp") come now and give notice to the Court and all parties that they have agreed to compromise and settle all claims and causes of action between them. These parties will submit appropriate pleadings and an Order to the Court after the settlement transaction has been completed.

The claims and causes of action asserted by Plaintiffs Gary Linfoot and Mari Lyn Linfoot against Defendant McDonnell Douglas Helicopter Company are now the only claims which remain pending.

Respectfully submitted,

/s/ Michael T. Boody by Garth W. Aubert w/ permission
Justin T. Green
Michael T. Boody
Kreindler & Kreindler LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181 / Fax: (212) 972-9432
jgreen@kreindler.com
mboody@kreindler.com
**Attorneys for Plaintiffs**


/s/ Garth W. Aubert
Garth W. Aubert, CA SBN 162877
Suzanne N. McNulty, CA SBN 140263
FITZPATRICK &HUNT,
TUCKER, PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.: (213) 873-2100 / Fax: (213) 873-2125
garth.aubert@fitzhunt.com
suzanne.mcnulty@fitzhunt.com

- and –

Edward A. Hadley, TN BPR#016717
North, Pursell, & Ramos, P.L.C.
Bank of America Plaza
414 Union Street, Suite 1850
Nashville, Tennessee 37219
Tel.: (615) 255-2555 / Fax: (615) 255-0032
ehadley@nprjlaw.com
**Attorneys for Defendant
DYNCORP INTERNATIONAL LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2016, that a copy of the foregoing document was served upon the following counsel of record, through this Court's CM/ECF system:

| | |
|---|---|
| Justin T. Green<br>Michael T. Boody<br>Kreindler & Kreindler LLP<br>750 Third Avenue, 32nd Floor<br>New York, NY 10017<br>Tel.: (212) 687-8181 / Fax: (212) 972-9432<br>jgreen@kreindler.com<br>mboody@kreindler.com<br><br>Martin S. Sir<br>Martin Sir & Associates<br>424 Church Street, Suite 2250<br>Nashville, TN 37219<br>Tel.: (615) 256-5661 / Fax: (615) 277-2529<br>martin.sir@martinsirlaw.com<br><br>**Attorneys for Plaintiffs** | J. Randolph Bibb, Jr.<br>Robert F. Chapski<br>R. Dale Bay<br>Lewis, King, Krieg & Waldrop, P.C.<br>424 Church Street, Suite 2500<br>Post Office Box 198615<br>Nashville, TN 37219<br>Tel.: (615) 259-1389 / Fax: (615) 259-1389<br>rbibb@lewisking.com<br>rchapski@lewisking.com<br>dbay@lewisking.com<br><br>Steven S. Bell<br>David Lassen<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel.: (206) 359-8000 / Fax: (206) 359-9000<br>sbell@perkinscoie.com<br>dlassen@perkinscoie.com<br><br>**Attorneys for Defendant McDonnell Douglas Helicopter Company** |
| Edward A. Hadley<br>North, Pursell, & Ramos, PLC<br>Bank of America Plaza<br>414 Union Street, Suite 1850<br>Nashville, TN 37219-1783<br>Tel.: (615) 255-2555 / (615) 255-0032<br>ehadley@nprattorneys.com<br><br>**Attorneys for DynCorp International LLC** | |

/s/ Garth W. Aubert
Garth W. Aubert