**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **GARY LINFOOT and wife MARY** | ) | |
| **LYN LINFOOT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 3:09-cv-00639** |
| **v.** | ) | |
| | ) | **Judge Sharp** |
| **MCDONNELL DOUGLAS** | ) | **Magistrate Judge Knowles** |
| **HELICOPTER COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motions for Summary Judgment (Docket Nos. 223 and 276) are hereby GRANTED. All other pending motions are DENIED AS MOOT and this case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1